# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANTHONY BUSSIE,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT E. ANDREWS,<br><br>   Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**Case No. 5:14-CV-175-D** |

**Decision by the Court.**

  IT IS ORDERED AND ADJUDGED in accordance with the court's order entered on August 6, 2014 that the court DISMISSES plaintiff's action under 28 U.S.C. § 1915(G).

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 6, 2014**, AND A COPY MAILED TO:

Anthony Bussie (via U.S. Mail)


August 6, 2014              JULIE A. RICHARDS, Clerk
Date                  *Eastern District of North Carolina*

                       /s/ Susan W. Tripp
*New Bern, North Carolina*           *(By) Deputy Clerk*

Page 1 of 1
Case 5:14-cv-00175-D  Document 4  Filed 08/06/14  Page 1 of 1