IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-175-D

| | | |
|---|---|---|
| ANTHONY BUSSIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT E. ANDREWS, | ) | |
| | ) | |
| Defendants. | ) | |

On August 18, 2014, Anthony Bussie ("Bussie" or "plaintiff"), filed a motion for reconsideration [D.E. 5]. Bussie asks the court to reconsider its order of August 6, 2014, dismissing Bussie's latest complaint [D.E. 3]. The motion for reconsideration [D.E. 5] lacks merit and is DENIED.

SO ORDERED. This 2 day of October 2014.

JAMES C. DEVER III
Chief United States District Judge